

# Fourth Court of Appeals
## San Antonio, Texas

May 2, 2017

No. 04-17-00190-CV

**IN THE INTEREST OF T.T.B., A CHILD,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00764
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

We grant appellant's motion for extension of time to file a brief. We order the brief due May 17, 2017.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of May, 2017.

_____
Keith E. Hottle
Clerk of Court